IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ARNOLD MARTINEZ,<br>    Plaintiff,<br><br>v.<br><br>READYONE INDUSTRIES, INC.,<br>    Defendant. | §<br>§<br>§<br>§    EP-16-CV-452-DB<br>§<br>§<br>§ |

FILED
2018 JUN 12 PM 4:25

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **12th** day of **June 2018**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE